IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI-TRAING THI NGUYEN, | No. C-09-0047 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| STARBUCKS CORPORATION, | |
| Defendant. / | |

Before the Court is plaintiff's Motion for Default Judgment, filed March 24, 2009. Having read and considered the motion, the Court hereby DENIES the motion, for the reason that the Clerk of the Court has not entered default against said defendant under Rule 55(a) of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 55.

**IT IS SO ORDERED.**

Dated: March 26, 2009

MAXINE M. CHESNEY
United States District Judge