IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI-TRANG THI NGUYEN,<br><br>          Plaintiff,<br><br>     v.<br><br>STARBUCKS CORPORATION,<br><br>          Defendant._____/ | No. C-09-0047 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR SERVICE** |

Before the Court is plaintiff's request, filed April 8, 2009, to continue the Case Management Conference and related dates in light of plaintiff's recently-acquired knowledge of her failure to serve defendant in a manner conforming to federal law.

Good cause appearing, the Case Management Conference presently scheduled for April 17, 2009 is hereby CONTINUED to June 19, 2009; plaintiff shall effectuate service on defendant and file proof of such service on or before May 15, 2009; a Joint Case Management Statement shall be filed no later than June 12, 2009.

**IT IS SO ORDERED.**

Dated: April 15, 2009

_____
MAXINE M. CHESNEY
United States District Judge