IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI-TRANG THI NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS COFFEE CORP.,<br><br>    Defendant. | No. C 08-03354 CRB<br>No. C 09-0047<br><br>**JUDGMENT** |

The Court, having granted Defendant Starbucks' Motion for Summary Judgment, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: December 22, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\3354\Judgment.wpd